

**Exhibit 1**

# Notice of Service of Process

**A3M / ALL**
Transmittal Number: 17551230
Date Processed: 12/21/2017

| | |
|---|---|
| **Primary Contact:** | Jim Baker<br>Universal Underwriters Group<br>7045 College Boulevard<br>Overland Park, KS 66211 |
| **Electronic copy provided to:** | Jennifer Brock |
| **Entity:** | Universal Underwriters Insurance Company<br>Entity ID Number  1960800 |
| **Entity Served:** | Universal Underwriters Insurance Company |
| **Title of Action:** | Capitol Body Shop, Inc. vs. Zurich American Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Hinds County Circuit Court, Mississippi |
| **Case/Reference No:** | 25CI1:17-cv-00728-JAW |
| **Jurisdiction Served:** | Mississippi |
| **Date Served on CSC:** | 12/20/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | C. Maison Heidelberg<br>601-503-1935 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com